Stephen W. SCHURMAN,
Plaintiff–Appellee

v.

PANOLA HARRISON ELECTRIC
COOPERATIVE INC., Defendant–
Appellant.

No. 07–30165.

United States Court of Appeals,
Fifth Circuit.

Jan. 29, 2008.

Franklin H. Spruiell, Jr., Shreveport, LA, for Plaintiff–Appellee.

Matthew R. May, Cook, Yancey, King & Galloway, Shreveport, LA, for Defendant–Appellant.

Before KING, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th Cir. R. 47.6.

Oscar DANTZLER, Plaintiff–Appellant

v.

Debbie POPE; Kathy Monticino, individually and in her capacity as City Councilman; Nicky Muscarello, individually and in his capacity as City Councilman; Curtis Wilson, individually and in his capacity as City Councilman; Tony Licciardi, individually and in his capacity as City Councilman; Willie Grant Jackson, individually and in his capacity as City Councilman; Lanita Johnson, individually and in her capacity as City Councilman's Secretary; Hammond City, Through the Mayor; Mayson Foster, individually and in his capacity as Mayor; Hammond Police Department; Roddy Devall, individually and in his Official Capacity as Chief of Police of the Hammond Police Department; Hammond Municipal Fire and Police Civil Service Board; Josh Fletcher, individually and in his Official Capacity as Civil Service Board's Chairman; Gregory Lawerence, individually and in his Capacity as Civil Service Board Member; David Atkins, individually and in his Capacity as Civil Service Board Member; John Pearson, individually and in his Capacity as Civil Service Board Member; Janet Davis, Individually and in her capacity as Civil Service Board Member; Margaret Bankston, individually and in her capacity as Board's Secretary; Andre Coudrain, City Attorney, individually and in his capacity as City Attorney; Gus A. Fritchie, individually and in his capacity as City

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.